IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES GRAGG, | * | |
| Plaintiff, | * | |
| v. | * | Civ. No. JKB-24-0889 |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# MEMORANDUM AND ORDER

Currently pending before the Court is Defendant's Motion to Set Aside Default (ECF No. 7) and Plaintiff's Motion to Compel Appraisal and Stay Litigation Pending Appraisal (ECF No. 9).

With respect to the Motion to Set Aside Default, Federal Rule of Civil Procedure 55(c) provides that a "court may set aside an entry of default for good cause." In deciding whether good cause exists, the Court must consider:

> [1] whether the moving party has a meritorious defense, [2] whether it acts with reasonable promptness, [3] the personal responsibility of the defaulting party, [4] the prejudice to the party, [5] whether there is a history of dilatory action, and [6] the availability of sanctions less drastic.

*Payne ex rel. Estate of Calzada v. Brake*, 439 F.3d 198, 204–05 (4th Cir. 2006).

The Fourth Circuit has "repeatedly expressed a strong preference that, as a general matter, defaults be avoided and that claims and defenses be disposed of on their merits." *Colleton Prep. Academy, Inc. v. Hoover Universal, Inc.* 616 F.3d 413, 418 (4th Cir. 2010). Motions to set aside a default are "liberally construed in order to provide relief from the onerous consequences of

1

defaults[.]" *Id.* (quotation omitted). The Court has reviewed Defendant's Motion and the Memorandum in support thereof (ECF Nos. 7, 7-1) and finds that good cause exists to set aside the default, particularly in light of the fact that Plaintiff has not filed any opposition to the Motion.

Further, Plaintiff's Motion to Compel Appraisal and Stay Litigation Pending Appraisal (ECF No. 9) remains pending on this Court's docket. However, after Defendant filed its opposition to that Motion, Plaintiff filed a Notice of Withdrawal of Plaintiff's Motion to Compel Appraisal and Stay Litigation Pending Appraisal. (ECF No. 12.) Accordingly, that Motion will be denied as moot.

Accordingly, it is ORDERED that:

1. Defendant's Motion to Set Aside Default (ECF No. 7) is GRANTED;
2. The Clerk's Entry of Default (ECF No. 5) and the Notice of Default (ECF No. 6) are VACATED;
3. Plaintiff's Motion to Compel Appraisal and Stay Litigation Pending Appraisal (ECF No. 9) is DENIED AS MOOT; and
4. Defendant SHALL FILE an answer or other responsive pleading within 10 days of the date of this Order.

DATED this  13  day of August, 2024

BY THE COURT:

_____
James K. Bredar
United States District Judge